# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **GINO ADAMSON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2:21-cv-902-AMM |
| | ) |
| **THE CITY OF BIRMINGHAM,** | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

This case comes before the court on a motion for summary judgment filed by Defendant the City of Birmingham ("the City"). Doc. 25. For the reasons stated in the memorandum opinion entered contemporaneously herewith, the motion is **GRANTED**. Judgment is **ENTERED** in favor of the City and against Plaintiff Gino Adamson, costs taxed as paid. The Clerk of Court is **DIRECTED** to close the case.

**DONE** and **ORDERED** this 18th day of March, 2024.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE